*SEALED*

1 | DANIEL G. BOGDEN
United States Attorney
2 | KIMBERLY M. FRAYN
ANDREW W. DUNCAN
3 | Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
4 | Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418

```
┌─────────────────────────────────────┐
│ ── FILED                             │
│ ── ENTERED      ──── RECEIVED        │
│              ──── SERVED ON          │
│        COUNSEL/PARTIES OF RECORD     │
│                                      │
│         DEC 1 0 2012                 │
│                                      │
│   CLERK US DISTRICT COURT            │
│       DISTRICT OF NEVADA             │
│ BY:_____ DEPUTY     │
└─────────────────────────────────────┘
```

5

Attorneys for the Government

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

### -oOo-

9

| | |
|---|---|
| 10   UNITED STATES OF AMERICA | )   CRIMINAL INDICTMENT |
|           PLAINTIFF | ) |
| 11 | )   2:12-CR- **604** _____ |
|    VS. | ) |
| 12 | )   **VIOLATIONS:** |
| 13   [1] ROMAN ZOLOTAREV, | ) |
|    A.K.A. ADMIN, | )   18 U.S.C. §1962(c) and 1963: Participation |
|    A.K.A. SUPPORT, | )   in a Racketeer Influenced Corrupt |
| 14   (Counts 1-2, 19) | )   Organization (Count 1); |
| 15   [2] KONSTANTIN LOPATIN, | )   18 U.S.C. § 1962(d): Conspiracy to |
|    A.K.A. GRAF, | )   Engage in a Racketeer Influenced |
| 16   (Counts 1-2, 33, 44, 47) | )   Corrupt Organization (Count 2); |

```
UNITED STATES OF AMERICA        )   CRIMINAL INDICTMENT
                                )
            PLAINTIFF           )   2:12-CR- 604 _____
                                )
    VS.                         )   VIOLATIONS:
                                )
[1] ROMAN ZOLOTAREV,            )   18 U.S.C. §1962(c) and 1963: Participation
    A.K.A. ADMIN,               )   in a Racketeer Influenced Corrupt
    A.K.A. SUPPORT,             )   Organization (Count 1);
    (Counts 1-2, 19)            )
                                )   18 U.S.C. § 1962(d): Conspiracy to
[2] KONSTANTIN LOPATIN,         )   Engage in a Racketeer Influenced
    A.K.A. GRAF,                )   Corrupt Organization (Count 2);
    (Counts 1-2, 33, 44, 47)    )
                                )   18 U.S.C. § 1028(a)(1): Unlawful
[3] ALEXANDER KOSTYUKOV,        )   Trafficking in and Production of Counterfeit
    A.K.A. TEMP,                )   Identification Documents or Authentication
    A.K.A. KLBS, (Counts 1-2, 3-17) ) Features (Counts 3 -17);
                                )
[4] MACEO BOOZER III ,          )   18 U.S.C. § 1028(a)(1): Attempt to Unlawful
    A.K.A. XXXSIMONE ,          )   Trafficking in and Production of Counterfeit
    A.K.A. G4 ,                 )   Identification Documents or Authentication
    A.K.A. EL PADRINO ,         )   Features (Count -18);
    A.K.A. MR. RIGHT,           )
    A.K.A. MRDC87,              )   18 U.S.C. § 1028(a)(2): Conspiracy to
    (Counts 1-2, 3-17)          )   Unlawfully Transfer Identification
                                )   Document, Authentication Feature, and False
[5] TIN-YUEN WONG ,             )   Identification Document (Count 19);
    A.K.A. RAY WONG,            )
    A.K.A. RAY,                 )   18 U.S.C. § 1028(a)(7) and (c)(3)(A):
    (Counts 1-2, 3-17)          )   Unlawful Transfer, Possession, and Use of a
                                )   Means of Identification (Count 20);
[6] EDWARD MONTECALVO ,         )
    A.K.A N1GHTMARE,            )   18 U.S.C. § 1029(a)(2): Trafficking in and
    A.K.A. TENURE44,            )   Use of Counterfeit and Unauthorized Access
    (Counts 1-2, 3-17, 22-55)   )   Devices (Count 21);
```

1  [7]  YU FENG WANG ,
2  A.K.A. IBATISTUTA,
   (Counts 1-2)

3  [8]  MOHAMED AMR MAHMOUD,
   A.K.A. AMR MAHMOUD,
4  A.K.A. CC - - TRADER,
   A.K.A. KENGZA,
5  (Counts 1-2, 20, 22-55)

6  [9]  JERMAINE SMITH ,
   A.K.A. SIRCHARLIE57,
7  A.K.A. FAIRBUSINESSMAN,
   (Counts 1-2, 61- 62)

8  [10]  MAKYL HAGGERTY,
   A.K.A. WAVE,
9  (Counts 1-2)

10 [11]  ALADELOLA TESLIM AJAYI ,
11 A.K.A. BANK MANAGER,
   A.K.A. DOCUMENT MANAGER,
12 A.K.A. COREY, (Counts 1-2, 61-62)

13 [12]  ALEXANDRU ION,
   A.K.A. ABAGNALEFRANK, (Counts 1-2)

14 [13]  JORDAN GEORGIEVSKI,
15 A.K.A.DEVICA,
   (Counts 1-2)

16 [14]  ROMAN SELEZNEV,
17 A.K.A. TRACK2,
   A.K.A. BULBA,
18 A.K.A. NCUX,
   (Counts 1-2, 22-55)

19 [15]  QASIR MUKHTAR,
   A.K.A. CALIBER,
20 (Counts 1-2, 56-60)

21 [16]  ROY AYAD,
   A.K.A. RABIE AYAD
22 A.K.A. PATISTOTA, (Counts 1-2, 22-55)

23 [17]  MINA MORRIS,
    A.K.A. SOURCE,
24 (Counts 1-2, 22-55)

25 [18]  RACHID IDAALI,
   A.K.A. C4RD3R,
26 (Counts 1-2, 22-55)

)  18 U.S.C. § 1029(a)(3): Possession of
)  Fifteen or More Counterfeit and
)  Unauthorized Access Devices
)  (Counts 22 -55);
)
)  18 U.S.C. § 1029(a)(4): Unlawful
)  Possession, Production and Trafficking in
)  Device-Making Equipment
)  (Counts 56-60);
)
)  18 U.S.C. § 1029(a)(4): Conspiracy to
)  Unlawful Possession, Production and
)  Trafficking in Device-Making Equipment
)  (Counts 61-62); and
)
)  18 U.S.C. § 2: Aiding and Abetting (Counts
)  1, 3-17, 18, 20, 21, 22-56, 61-62).

2

[19] LIRIDON MUSLIU,
A.K.A. BOWL,
(Counts 1-2, 22-55)

[20] SERGEI LITVINENKO,
A.K.A. DORBIK,
A.K.A. MATAD0R,
(Count 2)

[21] MICHAEL LOFTON,
A.K.A. KILLIT,
A.K.A. LOFEAZY,
(Counts 1-2, 3-17)

[22] SHIYANG GOU,
A.K.A. CDER,
(Counts 1-2, 3-17)

[23] DAVID RAY CAMEZ,
A.K.A. BADMAN,
A.K.A. DOCTORSEX,
(Counts 1-2, 3-17)

[24] CAMERON HARRISON,
A.K.A. KILOBIT,
(Counts 1-2, 3-17)

[25] ALEKSANDAR BESAROVIC,
A.K.A. QILLER,
(Counts 1-2, 3-17)

[26] DUVAUGHN BUTLER,
A.K.A. MACKMANN,
(Counts 1-2, 21, 61-62)

[27] FREDRICK THOMAS,
A.K.A 1STUNNA,
(Counts 1-2)

[28] JOHN DOE 1,
A.K.A SENNA071,
(Counts 1-2, 3-17)

[29] JOHN DOE 2,
A.K.A. MORFIY,
(Counts 1-2, 3-17)

[30] JOHN DOE 3,
A.K.A. GRUBER,
(Counts 1-2, 18)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

3

1   [31] JOHN DOE 4,                                )
    A.K.A. MAXXTRO,                                  )
2   (Counts 1-2)                                     )
                                                     )
3   [32] JOHN DOE 5,                                 )
    A.K.A. ELIT3,                                    )
4   (Counts 1-2)                                     )
                                                     )
5   [33] JOHN DOE 6,                                 )
    A.K.A. FOZZY,                                    )
6   (Counts 1-2, 22-55)                              )
                                                     )
7   [34] JOHN DOE 7,                                 )
    A.K.A. .VITRUM,                                  )
8   A.K.A. LERMENTOV,                                )
    (Counts 1-2, 22-55)                              )
9                                                    )
    [35] ANDREI BOLOVAN,                             )
10  A.K.A. PANTHER,                                  )
    A.K.A. EUPHORIC,                                 )
11   A.K.A. DARKMTH,                                 )
    (Counts 1-2, 22-55)                              )
12                                                   )
    [36] JOHN DOE 8,                                 )
13  A.K.A. TM,                                       )
    (Counts 1-2, 22-55)                              )
14                                                   )
    [37] JOHN DOE 9,                                 )
15  A.K.A. ZO0MER,                                   )
    A.K.A. DEPUTAT,                                  )
16  (Counts 1-2, 22-55)                              )
                                                     )
17  [38] JOHN DOE 10,                                )
    A.K.A. CENTURION,                                )
18  (Counts 1-2, 22-55)                              )
                                                     )
19  [39] JOHN DOE 11,                                )
    A.K.A. CONSIGLIORI,                              )
20  (Counts 1-2, 61-62)                              )
                                                     )
21                        DEFENDANTS.               )

22    .   .   .

23    .   .   .

24    .   .   .

25    .   .   .

26    .   .   .

4

**THE GRAND JURY CHARGES THAT:**

**GENERAL ALLEGATIONS**

The following General Allegations are realleged and incorporated *in toto* by reference in Count One (Participate in a Racketeer Influenced Corrupt Organization) and Count Two (Conspiracy to Engage in a Racketeer Influenced Corrupt Organization) herein.

**THE ENTERPRISE**

1.     At all times relevant to this indictment,

[1] **ROMAN ZOLOTAREV** a.k.a. Admin a.k.a. Support;
[2] **KONSTANTIN LOPATIN** a.k.a. Graf;
[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87;
[5] **TIN-YUEN WONG** a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44;
[7] **YU FENG WANG** a.k.a Ibatistuta;
[8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a. CC -- Trader a.k.a. Kengza;
[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[10] **MAKYL HAGGERTY** a.k.a. Wave;
[11] **ALADELOLA TESLIM AJAYI** a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey;
[12] **ALEXANDRU ION** a.k.a. Abagnalefrank;
[13] **JORDAN GEORGIEVSKI** a.k.a. Devica;
[14] **ROMAN SELEZNEV** a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[15] **QASIR MUKHTAR** a.k.a. Caliber;
[16] **ROY AYAD** a.k.a. RABIE AYAD a.k.a. Patistota;
[17] **MINA MORRIS** a.k.a. Source;
[18] **RACHID IDAALI** a.k.a. C4rd3R;
[19] **LIRIDON MUSLIU** a.k.a. Bowl;
[20] **SERGEI LITVINENKO** a.k.a. Dorbik a.k.a. Matad0r;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] **ALEKSANDAR BESAROVIC** a.k.a. Qiller;
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
[27] **FREDRICK THOMAS** a.k.a 1Stunna;
[28] **JOHN DOE 1** a.k.a Senna071;
[29] **JOHN DOE 2** a.k.a. Morfiy;
[30] **JOHN DOE 3** a.k.a. Gruber;
[31] **JOHN DOE 4** a.k.a. Maxxtro;
[32] **JOHN DOE 5** a.k.a. Elit3;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov;

[35] **ANDREI BOLOVAN** a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9 a.k.a.** Zo0mer a.k.a. Deputat;
[38] **JOHN DOE 10** a.k.a. Centurion; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

the defendants herein, and others known and unknown, are members of, employed by, and associates of a criminal organization, hereafter referred to as "the Carder.su organization," whose members engage in acts of identity theft and financial fraud, including, but not limited to, acts involving trafficking in stolen means of identification; trafficking in, production and use of counterfeit identification documents; identity theft; trafficking in, production and use of unauthorized and counterfeit access devices; and bank fraud; and whose members interfere with interstate and foreign commerce through acts of identity theft and financial fraud. Members and associates of the Carder.su organization operate principally in Las Vegas, Nevada, and elsewhere.

2.      The Carder.su organization, including its leadership, members, and associates, constitutes an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, although not a legal entity. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise. The enterprise is engaged in, and its activities affect, interstate and foreign commerce.

## PURPOSES OF THE ENTERPRISE

3.      The purposes of the enterprise include, but are not limited to, the following:

A.      to enrich the members and associates of the enterprise through the unlawful trafficking in: means of identification, document-making implements, counterfeit identification documents, device-making equipment, and, unauthorized and counterfeit access devices;

B.      to create, maintain, and control a marketplace for the distribution of stolen property, such as victims' personal and financial means of identification;

C.  to protect the enterprise and its members from detection, apprehension and prosecution by law enforcement;

D.  to preserve and protect the operations and profit of the enterprise through the use of discipline, expulsion, and other acts of retribution; and

E.  to promote and enhance the reputation and standing of the enterprise and its members among rivals.

## MEANS AND METHODS OF THE ENTERPRISE

4.  Among the means and methods by which the defendants and their associates conduct and participate in the conduct of the affairs of the enterprise include, but are not limited to, the following:

A.  Members of the enterprise and their associates did traffic in and produce, did attempt to traffic in and produce, and did conspire to traffic in and produce, counterfeit identification documents, which affects interstate and foreign commerce.

B.  Members of the enterprise and their associates did unlawfully transfer, did attempt to unlawfully transfer, and did conspire to unlawfully transfer counterfeit identification documents, which affects interstate and foreign commerce.

C.  Members of the enterprise and their associates did possess document-making implements, did attempt to possess document-making implements, and did conspire to possess document-making implements, which affects interstate and foreign commerce.

D.  Members of the enterprise and their associates did unlawfully transfer, possess and use, did attempt to unlawfully transfer, possess and use, and did conspire to unlawfully transfer, possess and use a means of identification of

7

another person in the commission of and in connection with the crime of Bank Fraud, which affects interstate and foreign commerce.

E. Members of the enterprise and their associates did traffic in and use, did attempt to ~~traffic in and use, and~~ did conspire to traffic in an use counterfeit and unauthorized access devices, which affects interstate and foreign commerce.

F. Members of the enterprise and their associates did possess, did attempt to possess, and did conspire to possess fifteen (15) or more counterfeit and unauthorized access devices, which affects interstate and foreign commerce.

G. Members of the enterprise and their associates did traffic in and possess, did attempt to traffic in and possess, and did conspire to traffic in and possess device-making equipment, which affects interstate and foreign commerce.

H. Members of the enterprise and their associates did plan, attempt to plan, and conspire to plan, with the intent to defraud, schemes to unlawfully obtain money and property from banks and other financial institutions by way of fraud, and material misrepresentations and false promises.

I. Members of the enterprise and their associates did use various means of communication designed to protect the membership's anonymity and to provide security for the criminal organization from attack by other rival criminal organizations and from law enforcement detection, including but not limited to, the use of:

      ( i )    Various website forums and chat rooms, such as Carder.info, Carder.su, Crdsu.su, Carder.biz, and Carder.pro, which are controlled by the Carder.su organization for use as their online gathering places, that is, as "virtual clubhouses," which

provide secure meeting locations for the members and associates of the criminal organization;

(ii) Private messaging ("PM") which is a non-forum wide message sent between individual members on the criminal organization's website forums;

(iii) E-mail, some of which are encrypted and password protected, or use service providers located outside the United States;

(iv) ICQ chat, which is a free instant messaging electronic communication services provided by ICQ, Inc., a subsidiary of AOL. ICQ user accounts are identified by a Universal Identification Number ("UIN");

(v) Proxies, which are achieved by bouncing from one computer to another to hide a member's true originating IP address;

(vi) Virtual Private Network, ("VPNs"), which are similar to a proxy, but with the addition of creating an encrypted tunnel that cannot be monitored; and

(vii) protected drop sites in the District of Nevada, and elsewhere, in the event that there is a need to transport, transfer, and receive physical items of contraband.

## ROLES OF THE DEFENDANTS

### Organizational Hierarchy

5. Leaders, members and associates of the Carder.su Organization have defined roles in the enterprise. At all times relevant to this indictment, the defendants participated in the operation and the management of the enterprise as follows:

9

a.    Administrator - Defendant [1] **ROMAN ZOLOTAREV** a.k.a. Admin a.k.a. Support, (hereafter "[1] **ZOLOTAREV**"), is the Administrator of the Carder.su organization. [1] **ZOLOTAREV** serves as the head of the governing council for the criminal organization who, collectively, control the destiny of the enterprise. The administrator handles day-to-day management decisions of the organization, as well as long-term strategic planning for its continued viability. As such, [1] **ZOLOTAREV** acts as a leader of the enterprise, by appointing moderators, and directing other members and associates of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [1] **ZOLOTAREV** determines which individuals can become and remain members of the Carder.su organization. [1] **ZOLOTAREV** regulates the functions, responsibilities and levels of access to information accorded to each member. [1] **ZOLOTAREV** bestows the rewards accorded members for their loyalty to the Carder.su organization, and sets the punishments to be meted out to members evidencing disloyalty to the organization. [1] **ZOLOTAREV** decides when, how, and under what circumstances to attack and to retaliate against members of rival criminal organizations and their associated Internet website forums. As the administrator, [1] **ZOLOTAREV** has full access to, and privileges on, the computer servers hosting the Carder.su organization's websites. [1] **ZOLOTAREV** has ultimate responsibility for the administration, maintenance, anonymity and security of the Carder.su organization's computer servers, as well as for the content of the Carder.su organization's Internet website forums. [1] **ZOLOTAREV's** criminal activities in furtherance of the enterprise, include, but are not limited to, the commission of conspiracy to unlawfully transfer and sell false identification documents, and access device fraud.

b.    Moderators - Defendants [2] **KONSTANTIN LOPATIN** a.k.a. Graf, (hereafter "[2] **LOPATIN**"), and [31] **JOHN DOE 4** a.k.a. Maxxtro (hereafter "[31] **MAXXTRO**"), are Moderators within the Carder.su organization.  As such, these defendants act as leaders of the enterprise, directing other members and associates in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs.  Moderators are members of the Carder.su

10

organization's governing counsel; as such, they oversee and manage one or more subject matter specific areas on the Carder.su organization's websites that either fall within an area of the Moderators' expertise, or cover their geographic location. As Moderators, [2] **LOPATIN** and [31] **MAXXTRO** assist [1] **ZOLOTAREV** in monitoring and policing the Carder.su organization's websites by editing and deleting members' posts on these forums and by mediating disputes among the members. Moderators also frequently serve as Reviewers for particular products or services provided through the enterprise with which they have an expertise. [2] **LOPATIN's** criminal activities in furtherance of the enterprise include, but are not limited to, conspiracy to possess and possession of fifteen (15) or more counterfeit and unauthorized access devices. [31] **MAXXTRO's** criminal activities in furtherance of the enterprise include, but are not limited to, transfer and use of means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

        c.     Reviewers - The Carder.su organization allows members to sell contraband, including, but not limited to, counterfeit documents and stolen bank account and credit card information by way of the Carder.su organization's websites to further the activities of the enterprise. Reviewers examine and test products and services that members of the Carder.su organization wish to advertise and sell on its websites. Once Reviewers compete their examination of the products and services, they post a written summary of that examination or testing on the Carder.su organization's websites. A favorable written review is a prerequisite to selling contraband on the websites. While most Reviewers primarily serve in the capacity of Administrator or Moderator for the enterprise, any qualified individual, even a general member, can be appointed by the Administrator to conduct a review. Any member of the Carder.su organization could be appointed to serve as a Reviewer at any time.

        d.     Vendors - Vendors advertise and sell products, services, and other contraband to members of the Carder.su organization by way of the Carder.su organization's websites after receiving a favorable written review from a Reviewer. Once a Reviewer is designated, a prospective

Vendor is required to ship multiple samples of the product or provide the reviewer with access to the vendor's services to facilitate completion of the review. This contact between the prospective Vendor and the Reviewer is usually made through private email messaging or through a public post in the appropriate section on the Carder.su organization's websites.

(i)     Defendant [3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs, (hereafter "[3] **KOSTYUKOV**"), is a Vendor of cashout services in the Carder.su organization. [3] **KOSTYUKOV**'s cashout services provide members of the Carder.su organization with a method to transfer funds, typically used in connection with obtaining and laundering illicitly obtained funds from stolen bank and credit card accounts. [3] **KOSTYUKOV** receives a fee, geanerally between forty-five percent (45%) and sixty-two percent (62%) of the total funds laundered, in exchange for providing members with cashout services. [3] **KOSTYUKOV's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents.

(ii)     Defendant [4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87, (hereafter " [4] **BOOZER III**"), is a Vendor of "dumps," that is, stolen and otherwise stolen credit card and debit card account data, in the Carder.su organization. [4] **BOOZER III** sells dumps to members for prices ranging from fifteen dollars ($15) to one hundred fifty dollars ($150), depending on the quantity purchased and the geographical location from which the dumps originate. Dumps from the United States are sold as the least expensive and dumps from the Europe are sold as the most expensive. [4] **BOOZER III's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(iii)     Defendant [5] **TIN-YUEN WONG** a.k.a. Ray Wong a.k.a. Ray, (hereafter "[5] **WONG** "), is a Vendor of counterfeit plastic, which is a device-making implement used to produce counterfeit credit cards, in the Carder.su organization. [5] **WONG** sells blank

counterfeit plastic cards to members for twenty dollars ($20) to twenty five dollars ($25) each, depending on the amount ordered, and he requires a minimum order of fifty (50). [5] **WONG** also sells embossed counterfeit credit cards for sixty five dollars ($65) to seventy five dollars ($75) each, with a minimum order of ten (10). Additionally, [5] **WONG** also advertises on the Carder.su organization's websites as a Vendor of dumps, that is, stolen Visa credit card account numbers priced from standard cards at thirty dollars ($30) each, to platinum or business cards at forty five dollars ($45) each. [5] **WONG's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents, unlawful transfer and use of a means of identification, and conspiracy to possess device making equipment.

(iv)     Defendant [6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44, (hereafter "[6] **MONTECALVO**"), is a Vendor of dumps in the Carder.su organization who also provides to members a dumps checking service, which checks with the issuing financial institution to make sure, at the time of the member's purchase, that the credit card account being sold is still valid and open. [6] **MONTECALVO's** criminal activities in furtherance of the enterprise include, but are not limited to, the production and trafficking in counterfeit identification documents, possession of document-making equipment, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(v)     Defendant [7] **YU FENG WANG** a.k.a Ibatistuta, (hereafter "[7] **WANG**"), is a Vendor of dumps in the Carder.su organization, as well as a Vendor of counterfeit credit cards, counterfeit holograms, and signature panels that can be used to manufacture counterfeit credit cards. [7] **WANG** sells blank plastic cards to members for ten dollars ($10) to fifteen dollars ($15) each, depending on the quantity ordered. [7] **WANG** sells the counterfeit holograms and signatures for one dollar ($1) each. [7] **WANG's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

13

( vi)    Defendant [8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a. CC - - Trader a.k.a. Kengza, (hereafter "[8] **MAHMOUD**"), is a Vendor in the Carder.su organization of "CVV," that is, stolen credit card account data which typically contains all of a cardholder's information, except not the magnetic track information contained on the rear of the physical credit card. CVV information includes an account holders name, date of birth, Social Security number, address, telephone number and mother's maiden name, as well as the security code on the rear of the credit card. [8] **MAHMOUD** also sells to members, for ten dollars ($10) each, stolen PayPal accounts, which include username and the password needed to access the PayPal account. [8] **MAHMOUD** also sells "Fullz," which include full name, billing address, credit card account number, expiration date, Personal Identification Numbers ("PINs"), Social Security number, mother's maiden name, date of birth and the security code on the rear of a credit card, for a victim account for twenty dollars ($20) each, with a minimum order of two hundred dollars ($200). Also, [8] **MAHMOUD** sells "Enroll/COBs," which include full name, billing address, credit card account number, expiration date, PIN, Social Security number, mother's maiden name, date of birth, the security code on the rear of a credit card, and the username and password to access the account online, for one hundred forty dollars ($140) to two hundred dollars ($200) each, depending on the amount of money in the victim account. [8] **MAHMOUD**'s criminal activities in furtherance of the enterprise include, but are not limited to, transfer and use of means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

( vii)    Defendant [9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman, (hereafter "[9] **SMITH**"), is a Vendor of counterfeit plastic and counterfeit credit cards in the Carder.su organization. [9] **SMITH's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess and possession of device-making equipment.

( viii)    Defendant [10] **MAKYL HAGGERTY** a.k.a. Wave, (hereafter "[10] **HAGGERTY**"), is a Vendor of counterfeit identification documents and counterfeit credit cards in

14

the Carder.su organization. [10] **HAGGERTY** manufactures and sells counterfeit drivers licenses to members for the states of California, Texas, Wisconsin, Ohio, Rhode Island, Nevada, Pennsylvania, Illinois, Florida, Louisiana, Arizona, Hawaii, South Carolina, Georgia and New Jersey, as well as British Columbia, Canada. The prices range from one hundred dollars ($100) to two hundred dollars ($200), depending on the state. [10] **HAGGERTY** also sells blank counterfeit plastic for twenty dollars ($20) each and embossed counterfeit credit cards for thirty dollars ($30) each. [10] **HAGGERTY** criminal activities in furtherance of the enterprise include, but are not limited to, conspiracy to produce counterfeit identification documents, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

( ix)     Defendant [11] **ALADELOLA TESLIM AJAYI** a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey, (hereafter "[11] **AJAYI**"), is a Vendor of counterfeit identification documents, stolen or otherwise stolen corporate account information, dumps, and counterfeit credit cards in the Carder.su organization. [11] **AJAYI**'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

( x)     Defendant [12] **ALEXANDRU ION** a.k.a. Abagnalefrank, (hereafter "[12] **ION**") is a Vendor of dumps in the Carder.su organization. [12] **ION** sells members bulk quantities of one hundred (100) mixed Visa and MasterCard accounts for one thousand five hundred dollars ($1,500) and one hundred (100) American Express cards for one thousand dollars ($1,000). [12] **ION's** criminal activities in furtherance of the enterprise include, but are not limited to, unlawful transfer and use of a means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xi)     Defendant [13] **JORDAN GEORGIEVSKI** a.k.a. Devica, (hereafter "[13] **GEORGIEVSKI**"), is a Vendor in the Carder.su organization of counterfeit credit cards, as well as counterfeit holograms that can be used to manufacture counterfeit credit cards.

15

1  [13] **GEORGIEVSKI** sells blank counterfeit plastic cards to members for forty five dollars ($45)

2  each and embossed counterfeit credit cards for seventy five dollars ($75) each.

3  [13] **GEORGIEVSKI**'s prices for the counterfeit holograms vary by the quantity purchased.

4  ~~[13] GEORGIEVSKI's criminal activities in furtherance of the enterprise include, but are not~~

5  limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and

6  conspiracy to possess and possession of device making equipment.

7  ( xii)     Defendant [14] **ROMAN SELEZNEV** a.k.a. Track2 a.k.a. Bulba

8  a.k.a. Ncux, (hereafter "[14] **SELEZNEV**"), is a Vendor in the Carder.su organization of dumps.

9  [14] **SELEZNEV** sells members such a large volume of product that he has created an automated

10  website, which he advertises on the Carder.su organization's websites.   [14] **SELEZNEV's**

11  automated website allows members to log into and purchase stolen and otherwise stolen credit card

12  account data without personal interaction with [14] **SELEZNEV**. [14] **SELEZNEV**'s website has

13  a simple interface that allows members to search for the particular type of credit card information

14  they want to buy, add the number of accounts they wish to purchase to their "shopping cart" and then

15  check out.  Payment of funds is automatically deducted from an already-established account funded

16  through L. R., an on-line digital currency payment system.  Upon checking out, the purchased credit

17  card account data is available for the members to download.  [14] **SELEZNEV** sells each stolen

18  account number for approximately twenty dollars ($20).  [14] **SELEZNEV's** criminal activities in

19  furtherance of the enterprise include, but are not limited to, conspiracy to possess and possession of

20  fifteen (15) or more counterfeit and unauthorized access devices.

21  (xiii)     Defendant [15] **QASIR MUKHTAR** a.k.a. Caliber, (hereafter "[15]

22  **MUKHTAR**"), is a Vendor in the Carder.su organization of counterfeit plastic and counterfeit credit

23  cards, as well as counterfeit holograms and signature panels that can be used to manufacture

24  counterfeit credit cards.  [15] **MUKHTAR** sells blank counterfeit plastic cards to members for

25  fifteen dollars ($15) each and embossed counterfeit credit cards for twenty dollars ($20) each.

26  Counterfeit credit cards with a photograph or chip on them cost twenty five dollars ($25) un-

16

embossed, and thirty dollars ($30) embossed. [15] **MUKHTAR** sells counterfeit cards with both

chip and photograph for thirty dollars ($30) un-embossed, and thirty five ($35) embossed.

[15] **MUKHTAR's** prices for the counterfeit holograms vary by the quantity purchased.

[15] **MUKHTAR's** criminal activities in furtherance of the enterprise include, but are not limited

to, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy

to possess and possession of device making equipment.

( xiv)    Defendant [16] **ROY AYAD** a.k.a. RABIE AYAD a.k.a. Patistota,

(hereafter "[16] **AYAD**"), is a Vendor of CVVs in the Carder.su organization. [16] **AYAD** sells the

CVVs through an automated website, which he advertises on the Carder.su organization's websites.

[16] **AYAD's** website allows members to view his products by looking up specific bank

identification numbers ("BINs"), and by looking up the geographical location of the victim CVVs.

[16] **AYAD** also sells a lookup service to members that they can use to make sure the CVVs are

valid at the time the member purchases them. [16] **AYAD's** criminal activities in furtherance of the

enterprise include, but are not limited to, unlawful transfer and use of a means of identification, and

possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xv)    Defendant [17] **MINA MORRIS** a.k.a. Source, (hereafter "[17]

**MORRIS**"), is a Vendor of dumps in the Carder.su organization, which he sells to members at prices

ranging from twelve dollars ($12) to one hundred fifty dollars ($150), depending on the quantity

purchased and the geographical location from which the dumps originate. [17] **MORRIS** sells

dumps from the United States as the least expensive, and dumps from Europe, the Middle East and

Asia as the most expensive. **MORRIS** also has an automated website, which he advertises on the

Carder.su organization's websites. [17] **MORRIS'** website allows members to look up dumps by

BIN to purchase accounts issued from a particular financial institution. [17] **MORRIS'** criminal

activities in furtherance of the enterprise include, but are not limited to, conspiracy to possess and

possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xvi)   Defendant [18] **RACHID IDAALI** a.k.a. C4rd3R, (hereafter "[18] **IDAALI**"), is a Vendor in the Carder.su organization of CVVs, which contain full name, billing address, credit card account number, expiration date and the security code on the rear of a credit card, for the victim accounts. [18] **IDAALI** sells the CVVs to members through his automated website. [18] **IDAALI** advertises his website on the Carder.su organization's websites, and his advertisement includes his Universal Identification Number ("UIN"), which facilitates member-to-member "ICQ" chats. ICQ chat is a free instant messaging electronic communication service provided by ICQ, Inc., a subsidiary of AOL. [18] **IDAALI** also sells Fullz, which include full name, billing address, credit card account number, expiration date, Social Security number, mother's maiden name, date of birth, the security code on the rear of a credit card, and occasionally the PIN. [18] **IDAALI's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xvii)   Defendant [19] **LIRIDON MUSLIU** a.k.a. Bowl, (hereafter "[19] **MUSLIU**"), is a Vendor in the Carder.su organization of CVVs, which he sells through his automated website. [19] **MUSLIU** advertises his website on the Carder.su organization's websites. [19] **MUSLIU's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xviii)   Defendant [20] **SERGEI LITVINENKO** a.k.a. Dorbik a.k.a. Matad0r, (hereafter "[20] **LITVINENKO**"), is a Vendor in the Carder.su organization of "bullet proof hosting" services and infrastructure for criminal websites, including the Carder.su organization's websites. "Bullet proof hosting" is a term of art utilized by carders to describe an Internet Service Provider ("ISP") that will allow an individual to run a website that contains illegal content, such as a fake website utilized for "phishing," a criminal carding forum (e.g., the Carder.su organization's websites), or an automated website that sells dumps. "Phishing" is targeted method of obtaining personal or financial information, typically done by the use of emails or counterfeit web pages presented to a potential victim that induces the victim under false pretenses to give their

18

information to the attacker. [20] **LITVINENKO**'s criminal activities in furtherance of the enterprise include, but are not limited to, conspiracy to possess fifteen (15) or more counterfeit and unauthorized access devices.

( xix)    Defendant [30] **JOHN DOE 3** a.k.a. Gruber (hereafter "[30] **GRUBER**") is a Vendor of counterfeit identification documents in the Carder.su organization."

[30] **GRUBER** manufactures and sells counterfeit drivers licenses to members for the states of California, Texas, Wisconsin, Ohio, Rhode Island, Nevada, Pennsylvania, Illinois, Florida, Louisiana, Arizona, Hawaii, South Carolina, Georgia and New Jersey, as well as British Columbia, Canada. The prices range from one hundred fifty dollars ($150) to two hundred dollars ($200), depending on the state. [30] **GRUBER's** criminal activities in furtherance of the enterprise include, but are not limited to, conspiracy to produce counterfeit identification documents, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

( xx)    Defendant [32] **JOHN DOE 5** a.k.a. Elit3 (hereafter "[32] **ELIT3**") is a Vendor in the Carder.su organization of Fullz, which include full name, billing address, credit card account number, expiration date, PIN, Social Security number, mother's maiden name, date of birth and the security code on the rear of a credit card, at prices of five dollars ($5) to seven dollars ($7) each, with a minimum order of fifteen dollars ($15). [32] **ELIT3** also sells Enroll/COBs, which includes the victim's full name, billing address, credit card account number, expiration date, Social Security number, mother's maiden name, date of birth, the security code on the rear of a credit card, driver license number, mother's date of birth, checking account number, routing number and the username and password to access the account online, for fifteen dollars ($15) each or twenty dollars ($20) each, if the Enroll also includes the PIN. [32] **ELIT3's** criminal activities in furtherance of the enterprise include, but are not limited to, unlawful transfer and use of a means of identification.

( xxi)    Defendant **[33] JOHN DOE 6** a.k.a. Fozzy (hereafter "[33] **FOZZY"**) is a Vendor of dumps in the Carder.su organization, whose prices range from twelve dollars ($12) to one hundred dollars ($100), depending on the quantity purchased and the

geographical location from which the dumps originate. Dumps from the United States are sold to members as the least expensive and dumps from Europe are sold as the most expensive.

[33] **FOZZY's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxii) Defendant [34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov (hereafter "[34] **.VITRUM**")is a Vendor of dumps in the Carder.su organization, whose prices range from fifteen dollars ($15) to one hundred dollars ($100), depending on the quantity purchased and the geographical location from which the dumps originate. Dumps from the United States are sold to members as the least expensive and dumps from Europe are sold as the most expensive.

[34] **.VITRUM's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxiii) Defendant [35] **ANDREI BOLOVAN** a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth, (hereafter "[35] **BOLOVAN**"), is a Vendor of dumps in the Carder.su organization, whose least expensive prices begin at twenty dollars ($20) for United States dumps. [35] **BOLOVAN's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxiv) Defendant [36] **JOHN DOE 8** a.k.a. TM (hereafter "[36] **TM**") is a Vendor of dumps and CVVs in the Carder.su organization, which he sells to members through his automated website. [36] **TM** advertises his automated website on the Carder.su organization's websites. [36] **TM's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxv) Defendant [37] **JOHN DOE 9** a.k.a. Zo0mer a.k.a. Deputat (hereafter "[37] **ZO0MER**") is a Vendor in the Carder.su organization of: stolen PayPal accounts, which include a victim's username and the password necessary to access the account; Proxies, which are achieved by bouncing from one computer to another to hide a member's true originating IP address; Fullz; and Credit Card Checking and Information Lookups, which include Social Security numbers,

20

dates of birth and mothers' maiden names. [37] **ZO0MER** provides this service to members through an automated website, which he advertises on "the Carder.su organization's" websites. [37] **ZO0MER** is also a Vender of dumps, which he sells to members at prices ranging from fifteen dollars ($15) to one hundred fifty dollars ($150), depending on the quantity purchased and the geographical location from which the dumps originate. [37] **ZO0MER** sell dumps from the United States as the least expensive and dumps from Europe as the most expensive. [37] **ZO0MER's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxvi)    Defendant [38] **JOHN DOE 10** a.k.a. Centurion (hereafter "[38] **CENTURION")** is a Vendor of dumps in the Carder.su organization, which he sells to members at prices ranging from fifteen dollars ($15) to eighty dollars ($80), depending on the quantity purchased and the geographical location from which the dumps originate. [38] **CENTURION** sells dumps from the United States as the least expensive and dumps from Europe as the most expensive. [38] **CENTURION**'s criminal activities in furtherance of the enterprise include, but are not limited to, possession of fifteen (15) or more counterfeit and unauthorized access devices.

(xxvii)    Defendant [39] **JOHN DOE 11** a.k.a. Consigliori (hereafter "[39] **CONSIGLIORI"**) is a Vendor of dumps in the Carder.su organization and sells counterfeit blank plastic cards to members for fifteen dollars ($15) each, and embossed counterfeit credit cards for twenty dollars ($20) each. "[39] **CONSIGLIORI's** criminal activities in furtherance of the enterprise include, but are not limited to, possession of device-making equipment.

e.    Members - An individual seeking membership in the Carder.su organization must successfully complete a number of security features designed to protect the organization from infiltration by law enforcement or members of rival criminal organizations. One such security feature requires a prospective member to be formally vouched for by at least two other members in good standing. Once membership is granted, members use the Carder.su organization's websites as "virtual clubhouses" to gather together with other members to share information and to solicit and

21

1   recruit other members to engage in activities, including but not limited to criminal activities, in order

2   to achieve the common objectives of the enterprise. Members use the Carder.su organization's

3   vendors, by way of the organization's websites, to buy products and services, such as, credit card

4   dumps, false identification documents, and other contraband. Members share information through

5   the organization's websites to teach other members how to engage in new criminal activities and

6   how best to perpetuate existing criminal schemes. Members are periodically appointed by the

7   Administrator to act as a Reviewer. Reviewers examine and test products and services that members

8   of the Carder.su organization desire to advertise and sell on the Carder.su organization's websites.

9   Individual disputes between members are settled by the Administrator and Moderators. If a dispute

10  is decided adversely to a particular Member, if Members are found to be disloyal to the Carder.su

11  organization, or if Members behave in a manner that impedes achieving the common objectives of

12  the enterprise, the Administrator will mete out punishments, up to and including, stripping them of

13  their memberships and barring them from accessing the Carder.su organization's websites.

14      ( i )  Defendant [21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy,

15  (hereafter "[21] **LOFTON**"), is a member of the Carder.su organization. [21] **LOFTON** participates

16  in the enterprise, acting under the direction of and in concert with other members of the enterprise

17  in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs.

18  [21] **LOFTON's** criminal activities in furtherance of the enterprise include, but are not limited to,

19  production and trafficking in counterfeit identification documents, and unlawful transfer and use of

20  a means of identification.

21      ( ii )  Defendant [22] **SHIYANG GOU** a.k.a. Cder, (hereafter "[22]

22  **GOU**"), is a member of the Carder.su organization. [22] **GOU** participates in the enterprise, acting

23  under the direction of and in concert with other members of the enterprise in carrying out unlawful

24  and other activities in furtherance of the conduct of the enterprise's affairs. [22] **GOU's** criminal

25  activities in furtherance of the enterprise include, but are not limited to, production and trafficking

26

in counterfeit identification documents, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

( iii )     Defendant [23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex, (hereafter "[23] **CAMEZ**"), is a member of the Carder.su organization. [23] **CAMEZ** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [23] **CAMEZ's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

( iv )     Defendant [24] **CAMERON HARRISON** a.k.a. Kilobit, (hereafter "[24] **HARRISON**"), is a member of the Carder.su organization.  [24] **HARRISON** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [24] **HARRISON's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, possession of fifteen (15) or more counterfeit and unauthorized access devices, and unlawful transfer and use of a means of identification.

( v )     Defendant [25] **ALEKSANDAR BESAROVIC** a.k.a. Qiller, (hereafter "[25] **BESAROVIC**"), is a member of the Carder.su organization.  [25] **BESAROVIC** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [25] **BESAROVIC's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, conspiracy to produce and traffic in counterfeit identification documents, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(vi)    Defendant [26] **DUVAUGHN BUTLER** a.k.a. Mackmann, (hereafter "[26] **BUTLER**"), is a member of the Carder.su organization. [26] **BUTLER** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [26] **BUTLER's** criminal activities in furtherance of the enterprise include, but are not limited to, using and trafficking in unauthorized access devices, possession of fifteen (15) or more counterfeit and unauthorized access devices, and conspiracy to possess device-making equipment.

(vii)    Defendant [27] **FREDRICK THOMAS** a.k.a 1Stunna, (hereafter "[27] **THOMAS**"), is a member of the Carder.su organization. [27] **THOMAS** participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [27] **THOMAS's** criminal activities in furtherance of the enterprise include, but are not limited to, unlawful transfer and use of a means of identification, and possession of fifteen (15) or more counterfeit and unauthorized access devices.

(viii)    Defendant [28] **JOHN DOE 1** a.k.a Senna071, (hereafter "[28] **SENNA071**") is a member of the Carder.su organization. As such, the defendant participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. "[28] **SENNA071's** criminal activities in furtherance of the enterprise include, but are not limited to, production and trafficking in counterfeit identification documents, and conspiracy to produce and traffic in counterfeit identification documents.

(ix)    Defendant [29] **JOHN DOE 2** a.k.a. Morfiy, (hereafter "[29] **MORFIY**"), is a member of the Carder.su organization. As such, the defendant participates in the enterprise, acting under the direction of and in concert with other members of the enterprise in carrying out unlawful and other activities in furtherance of the conduct of the enterprise's affairs. [29] **MORFIY's** criminal activities in furtherance of the enterprise include, but are not limited to,

production and trafficking in counterfeit identification documents, conspiracy to produce and traffic in counterfeit identification documents, and conspiracy to possess device-making equipment.

### COUNT ONE
**Participate in a Racketeer Influenced Corrupt Organization**

### THE RACKETEERING VIOLATION

1.     Paragraphs 1 through 5 of the General Allegations Section are hereby realleged and incorporated as if fully set forth herein.

2.     From a date unknown but not later than on or about November 22, 2005, through on or about June 2011, with both dates being approximate and inclusive, in the District of Nevada and elsewhere,

        [1]  **ZOLOTAREV;**
        [2]  **LOPATIN;**
        [3]  **KOSTYUKOV;**
        [4]  **BOOZER III;**
        [5]  **WONG;**
        [6]  **MONTECALVO;**
        [7]  **WANG;**
        [8]  **MAHMOUD;**
        [9]  **SMITH;**
        [10]  **HAGGERTY;**
        [11]  **AJAYI;**
        [12]  **ION;**
        [13]  **GEORGIEVSKI;**
        [14]  **SELEZNEV;**
        [15]  **MUKHTAR;**
        [16]  **AYAD;**
        [17]  **MORRIS;**
        [18]  **IDAALI;**
        [19]  **MUSLIU;**
        [21]  **LOFTON;**
        [22]  **GOU;**
        [23]  **CAMEZ;**
        [24]  **HARRISON;**
        [25]  **BESAROVIC;**
        [26]  **BUTLER;**
        [27]  **THOMAS;**
        [28]  **SENNA071;**
        [29]  **MORFIY;**
        [30]  **GRUBER;**

25

[31] **MAXXTRO;**
[32] **ELIT3;**
[33] **FOZZY;**
[34] **.VITRUM;**
[35] **BOLOVAN;**
[36] **TM;**
[37] **ZOOMER;**
[38] **CENTURION;** and
[39] **CONSIGLIORI;**

the defendants herein, including others known and unknown, being persons who are members of, employed by, and associated with the Carder.su organization described above, an enterprise engaging in, and the activities of which affects interstate and foreign commerce, unlawfully, and knowingly did conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, that is, through the commission of the following acts, more fully described in Racketeering Acts 1 through 109, below.

## THE PATTERN OF RACKETEERING ACTIVITY

3. The pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and (5), consisted of:

### RACKETEERING ACTS INVOLVING STOLEN MEANS OF IDENTIFICATION AND COUNTERFEIT IDENTIFICATION DOCUMENTS

#### Racketeering Acts 1 through 15
#### Unlawful Trafficking in and Production of False Identification Documents

4. On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[3] **KOSTYUKOV;**
[4] **BOOZER III;**
[5] **WONG;**
[6] **MONTECALVO;**
[21] **LOFTON;**
[22] **GOU;**
[23] **CAMEZ;**
[24] **HARRISON;**
[25] **BESAROVIC;**
[28] **SENNA071;** and
[29] **MORFIY;**

26

defendants herein, together with and aiding and abetting one another and other members and associates of the Carder.su organization, including others known and unknown, did knowingly and without lawful authority produce, and did cause others to produce, false identification documents, which were transported in the mail in the course of the unauthorized production, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, with each false identification document set forth below constituting a separate violation of Title 18, United States Code, Section 1028(a)(1), and Title 18, United States Code, Section 2:

| RA | Defendant | Date | Type of Document | Name |
|----|-----------|------|------------------|------|
| 1 | [21] **LOFTON** | January 23, 2009 | NV Driver's License | M. Webb |
| 2 | [3] **KOSTYUKOV** | April 24, 2009 | NV Driver's License | A. Kostyukov |
| 3 | [4] **BOOZER III** | May 19, 2009 | TX Driver's License | M. Wright |
| 4 | [22] **GOU** | May 26, 2009 | NV Driver's License | J. Wang |
| 5 | [23] **CAMEZ** | May 28, 2009 | NV Driver's License | J. Henry |
| 6 | [3] **KOSTYUKOV** | June 30, 2009 | NV Driver's License | M. Ulitin |
| 7 | [5] **WONG** | September 14, 2009 | NY Driver's License | D. Pena |
| 8 | [28] **SENNA071** | October 6, 2009 | NV Driver's License | L. Sadik |
| 9 | [3] **KOSTYUKOV** | October 13, 2009 | WA Driver's License | R. Sadriev |
| 10 | [28] **SENNA071** | October 20, 2009 | NV Driver's License | A. Davis |
| 11 | [6] **MONTECALVO** | November 9, 2009 | VA Driver's License | E. Montecalvo |
| 12 | [29] **MORFIY** | November 19, 2009 | NV Driver's License | F. Grolsh |
| 13 | [21] **LOFTON** | February 11, 2010 | NV Driver's License | K. Marshall |
| 14 | [24] **HARRISON** | February 25, 2010 | GA Driver's License | D. Mock |
| 15 | [25] **BESAROVIC** | April 7, 2011 | GA Driver's License | D. Vasic |

· · ·

· · ·

27

### Racketeering Act 16
### Attempt to Unlawful Produce False Identification Documents

5.      From on or about April 16, 2011, until on or after May 18, 2011, in the State and Federal District of Nevada, and elsewhere, [30] **GRUBER**, defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be approximately two (2) Florida driver's licenses, in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 17
### Attempt to Unlawfully Produce False Identification Documents

6.      Beginning on an unknown date, but not later than February 1, 2010, and continuing to on or about February 5, 2010, in the States of Florida, New Hampshire, and elsewhere, [28] **SENNA071,** defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be a driver's license, bearing the name S. Salman, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 18
### Conspiracy to Unlawfully Produce False Identification Documents

7.      Beginning on or about August 20, 2010, and continuing to on or about August 25, 2010, in the State of Nevada, and elsewhere, the defendants, [30] **GRUBER** and [21] **LOFTON,** together with other members and associates of the Carder.su organization, including others unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and

with others, to commit offenses against the laws of the United States, namely to knowingly and without lawful authority produce a false identification document, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of a false identification document that is and appears to be a California driver's license, bearing the name I. Kipnes, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 19
### Conspiracy to Unlawfully Produce False Identification Documents

8.      Beginning on an unknown date, but not later than May 22, 2010, and continuing to on or about June 1, 2010, in the States of Iowa, Illinois, California, and elsewhere, the defendants, [25] **BESAROVIC**, and [10] **HAGGERTY,** together with other members and associates of the Carder.su organization, including others known and unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly and without lawful authority produce a false identification document, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of a false identification document that is and appears to be a driver's license, bearing the name P. Petrovic, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 20
### Conspiracy to Unlawfully Produce False Identification Documents

9.      Beginning on an unknown date, but not later than June 8, 2010, and continuing to on or about June 27, 2010, in the State of California, and elsewhere, the defendants, [29] **MORFIY,** and [10] **HAGGERTY**, together with other members and associates of the Carder.su organization, including others unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly and without lawful authority produce a false identification document, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of a false

identification document that is and appears to be a Texas driver's license, bearing the name A. Ladd, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 21
**Conspiracy to Unlawfully Produce False Identification Documents**

10. Beginning on an unknown date, but not later than June 18, 2010, and continuing to on or about June 25, 2010, in the States of New York, California, and elsewhere, the defendant, [10] **HAGGERTY**, together with other members and associates of the Carder.su organization, including others known and unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly and without lawful authority produce a false identification document, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appears to be two (2) driver's licenses, one bearing the name R. Harrison, and one bearing the name A. Huber, all in violation of Title 18, United States Code, Sections 1028(a)(1), and (f).

### Racketeering Act 22
**Conspiracy to Unlawfully Transfer False Identification Documents**

11. Beginning on or about August 22, 2008, and continuing to on or about March 23, 2009, in the State of Nevada, and elsewhere, the defendant [1] **ZOLOTAREV**, together with other members and associates of the Carder.su organization, including others known and unknown, did unlawfully, knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly transfer and cause others to transfer false identification documents, knowing that such documents were produced without lawful authority, and the production and transfer of the false identification documents was in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, all in violation of Title 18, United States Code, Sections 1028(a)(2), and (f).

**Racketeering Act 23**
**Possession of Document-making Implements**

12.     On or about January 11, 2011, in the States of Virginia, West Virginia, Michigan, California, and elsewhere, the defendant [6] **MONTECALVO**, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly produce, transfer and possess a document-making implement and authentication features, to wit: laminates used in the production of counterfeit Illinois driver's licences; and Photoshop templates used to create counterfeit Maryland driver's licenses and counterfeit Florida driver's licenses; with the intent such document-making implements and authentication features would be used in the production of a false identification document, or used in conjunction with another document-making implement or authentication feature which would be so used, and the production, transfer and possession of the document-making implement and authentication feature was in and affected interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1028 (a)(5).

**Racketeering Act 24**
**Conspiracy to Unlawfully Transfer, Possess, and Use A Means of Identification**

13.     On or about March 15, 2009, in the in the State of Connecticut and elsewhere, [5] **WONG**, defendant herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly transfer, possess and use, in and effecting interstate and foreign commerce, without lawful authority, one or more means of identification of other persons, including but not limited to, stolen credit and debit card account numbers, to wit: a Visa credit card account, number ending in X-6329, with the intent to commit and to aid and abet the commission of and in connection with any unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud in violation of Title 18, United States Code, Section 1343, and as a result of the offense the defendants and any other individual committing the offense, obtained something of value

31

aggregating one thousand dollars, ($1,000) or more in a one-year period, that is, at least two thousand dollars ($2,000.00) in United States currency, from the Foxwoods Resort, Preston, Connecticut, all in violation of Title 18, United States Code, Sections 1028(a)(7), and (f).

## Racketeering Acts 25 through 36
### Unlawful Transfer, Possession, and Use of A Means of Identification

14.    On or about each of the dates set forth below, in the States of Nevada, Georgia, California, New York, Missouri, and elsewhere,

> [8] **MAHMOUD**;
> [12] **ION**;
> [16] **AYAD**;
> [21] **LOFTON**;
> [24] **HARRISON**;
> [27] **THOMAS**;
> [31] **MAXXTRO**; and
> [32] **ELIT3**;

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly transfer, possess and use, in and effecting interstate and foreign commerce, without lawful authority, one or more means of identification of other persons, including but not limited to, stolen and otherwise stolen credit and debit card account numbers, account holders' names, dates of birth, Social Security numbers, addresses, and telephone numbers, with the intent to commit and to aid and abet the commission of and in connection with any unlawful activity that constitutes a violation of Federal law, to wit:  Wire Fraud in violation of Title 18, United States Code, Section 1343, with each instance set forth below constituting a separate violation of Title 18, United States Code, Section 1028(a)(7):

| RA | Defendant | Date | Account Number | Name |
|---|---|---|---|---|
| 25 | [31] **MAXXTRO** | November 25, 2006 | X-5696 | K. Kehoe |
| 26 | [8] **MAHMOUD** | October 19, 2007 | X-5598 | B. Detrich |
| 27 | [31] **MAXXTRO** | February 28, 2008 | X-1914 | D. Stickler |
| 28 | [24] **HARRISON** | June 26, 2008 | X-6433 | D. Olsen |

32

| 29 | [32] **ELIT3 &** [21] **LOFTON** | January 29, 2009 | X-5462 | T. Biggs |
|---|---|---|---|---|
| 30 | [27] **THOMAS &** [8] **MAHMOUD** | March 8, 2009 | X-5580 | D. Ewart |
| 31 | [32] **ELIT3** | October 30, 2009 | X-4478 | T. Miska |
| 32 | [32] **ELIT3** | November 10, 2009 | X-8237 | S. Smith |
| 33 | [27] **THOMAS &** [32] **ELIT3** | November 12, 2009 | X-5637 | J. Smith |
| 34 | [32] **ELIT3** | November 13, 2009 | X-5002 | S. McDonald |
| 35 | [12] **ION** | August 3, 2010 | X-3337 | D. Bossman |
| 36 | [16] **AYAD** | September 16, 2010 | X-5079 | K. Young |

## RACKETEERING ACTS INVOLVING COUNTERFEIT AND UNAUTHORIZED ACCESS DEVICES

### Racketeering Act 37
**Using and Trafficking in Unauthorized Access Devices**

15.     On or about March 1, 2011, in the State and Federal District of Nevada, and elsewhere, [26] **BUTLER**, defendant herein, together with other members and associates of the Carder.su organization, including others unknown, did knowingly and with intent to defraud, traffic in and use an unauthorized access device, to wit: a Chase Bank MasterCard credit card account, number ending in X-8088, which was stolen and obtained with the intent to defraud, and by such conduct did, on or about that same date, obtain things of value in excess of one thousand dollars ($1,000.00), that is, approximately one thousand fifty three dollars ($1,053.00) in goods and merchandise, from Walmart, store number 2593, in or around Las Vegas, Nevada, with said trafficking and use in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 1029(a)(2).

33

**Racketeering Acts 38 through 97**
**Possession of Fifteen or More Unauthorized Access Devices**

16.     On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[1] **ZOLOTAREV;**
[2] **LOPATIN;**
[4] **BOOZER III;**
[6] **MONTECALVO;**
[7] **WANG;**
[8] **MAHMOUD;**
[9] **SMITH;**
[10] **HAGGERTY;**
[11] **AJAYI,**
[12] **ION;**
[13] **GEORGIEVSKI;**
[14] **SELEZNEV;**
[15] **MUKHTAR;**
[16] **AYAD;**
[17] **MORRIS;**
[18] **IDAALI;**
[19] **MUSLIU;**
[22] **GOU;**
[23] **CAMEZ;**
[24] **HARRISON;**
[25] **BESAROVIC;**
[26] **BUTLER;**
[27] **THOMAS;**
[30] **GRUBER;**
[31] **MAXXTRO;**
[33] **FOZZY;**
[34] **.VITRUM;**
[35] **BOLOVAN;**
[36] **TM;**
[37] **ZO0MER; and**
[38] **CENTURION;**

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, knowingly and with intent to defraud, did possess fifteen or more unauthorized access devices, that is, stolen credit and debit card account numbers issued to persons other than the defendants, and which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the

34

United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(3), and (h):

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 38 | [1] ZOLOTAREV & [31] MAXXTRO | February 13, 2007 | 20 |
| 39 | [1] ZOLOTAREV & [33] FOZZY; | February 15, 2007 | 17 |
| 40 | [7] WANG | April 10, 2007 | more than 490 |
| 41 | [8] MAHMOUD | February 22, 2008 | 22 |
| 42 | [30] GRUBER & [34] .VITRUM | February 23, 2008 | 25 |
| 43 | [34] .VITRUM | May 7, 2008 | 40 |
| 44 | [7] WANG | February 2, 2009 | 30 |
| 45 | [8] MAHMOUD | March 9, 2009 | 25 |
| 46 | [6] MONTECALVO | January 21, 2010 | 50 |
| 47 | [6] MONTECALVO | April 5, 2010 | 220 |
| 48 | [26] BUTLER & [9] SMITH | April 14, 2010 | 15 |
| 49 | [25] BESAROVIC | May 16, 2010 | 17 |
| 50 | [10] HAGGERTY | May 27, 2010 | 20 |
| 51 | [10] HAGGERTY | June 2, 2010 | 40 |
| 52 | [23] CAMEZ | June 7, 2010 | 30 |
| 53a. | [4] BOOZER III | June 9, 2010 | 200 |
| 53b. | [4] BOOZER III | June 10, 2010 | 50 |
| 54 | [11] AJAYI | July 15, 2010 | 50 |
| 55 | [11] AJAYI | July 21, 2010 | 146 |
| 56 | [7] WANG | July 26, 2010 | 23 |
| 57 | [11] AJAYI | July 27, 2010 | 99 |

35

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 58 | [22] GOU | July 29, 2010 | 34 |
| 59 | [12] ION &<br>[35] BOLOVAN | August 30, 2010 | 22 |
| 60 | [24] HARRISON &<br>[35] BOLOVAN | September 7, 2010 | 21 |
| 61 | [12] ION | October 15, 2010 | more than 50 |
| 62 | [13] GEORGIEVSKI | October 15, 2010 | more than 36 |
| 63 | [22] GOU | January 12, 2011 | 69 |
| 64 | [14] SELEZNEV | January 20, 2011 | 29 |
| 65 | [35] BOLOVAN | February 11, 2011 | 69 |
| 66 | [27] THOMAS | March 5, 2011 | 28 |
| 67 | [15] MUKHTAR | March 6, 2011 | 46 |
| 68 | [11] AYAD | March 15, 2011 | 15 |
| 69 | [36] TM | March 16, 2011 | 20 |
| 70 | [14] SELEZNEV | March 18, 2011 | 20 |
| 71 | [37] ZO0MER | March 18, 2011 | 20 |
| 72 | [17] MORRIS | March 18, 2011 | 20 |
| 73 | [18] IDAALI | March 23, 2011 | 20 |
| 74 | [2] LOPATIN | March 24, 2011 | 18 |
| 75 | [11] AYAD | March 24, 2011 | 20 |
| 76 | [33] FOZZY | March 24, 2011 | 22 |
| 77 | [36] TM | March 24, 2011 | 20 |
| 78 | [37] ZO0MER | March 24, 2011 | 23 |
| 79 | [38] CENTURION | March 24, 2011 | 23 |
| 80 | [18] IDAALI | March 26, 2011 | 60 |
| 81 | [34] .VITRUM | March 28, 2011 | 20 |

| RA | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| 82 | [38] CENTURION | March 28, 2011 | 74 |
| 83 | [33] FOZZY | March 28, 2011 | 22 |
| 84 | [35] BOLOVAN | March 28, 2011 | 20 |
| 85 | [2] LOPATIN | March 29, 2011 | 21 |
| 86 | [35] BOLOVAN | April 6, 2011 | 38 |
| 87 | [35] BOLOVAN | April 8, 2011 | 20 |
| 88 | [2] LOPATIN | April 10, 2011 | 21 |
| 89 | [18] IDAALI | April 11, 2011 | 20 |
| 90 | [36] TM | April 11, 2011 | 20 |
| 91 | [37] ZO0MER | April 11, 2011 | 19 |
| 92 | [19] MUSLIU | April 12, 2011 | 49 |
| 93 | [38] CENTURION | April 12, 2011 | 22 |
| 94 | [19] MUSLIU | April 22, 2011 | 12,710 |
| 95 | [17] MORRIS | April 29, 2011 | 22 |
| 96 | [14] SELEZNEV | May 12, 2011 | 100 |
| 97 | [17] MORRIS | June 14, 2011 | 20 |

<u>Racketeering Acts 98 to 103</u>
**Trafficking In and Possessing Access Device-Making Equipment**

17.   On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[9] **SMITH**;
[13] **GEORGIEVSKI**;
[15] **MUKHTAR**; and
[39] **CONSIGLIORI**;

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and with the intent to defraud, traffic in, have

37

control and custody over, and possess device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), and (h):

| RA | Defendant | Date | Approx. No. Plastic Cards |
|----|-----------|------|---------------------------|
| 98 | [13] **GEORGIEVSKI** | January 5, 2011 | 7 |
| 99 | [15] **MUKHTAR** | March 22, 2011 | 26 |
| 100 | [9] **SMITH** | April 5, 2011 | 10 |
| 101 | [39] **CONSIGLIORI** | April 15, 2011 | 20 |
| 102 | [39] **CONSIGLIORI** | May 23, 2011 | 20 |
| 103 | [39] **CONSIGLIORI** | June 9, 2011 | 20 |

**Racketeering Acts 104 to 109**
**Conspiracy to Trafficking In and Possess Access Device-Making Equipment**

18.     On or about each of the dates set forth below, in the States of Nevada, Connecticut, Florida, New York, California, Arizona, New Jersey, North Carolina, Michigan, and elsewhere,

> [5] **WONG;**
> [9] **SMITH;**
> [10] **HAGGERTY;**
> [11] **AJAYI;**
> [13] **GEORGIEVSKI;**
> [15] **MUKHTAR;**
> [23] **CAMEZ;**
> [26] **BUTLER;** and
> [29] **MORFIY;**

defendants herein, together with other members and associates of the Carder.su organization, including others known and unknown, did knowingly and intentionally combine, conspire and agree among themselves, and with others, to commit offenses against the laws of the United States, namely to knowingly and with the intent to defraud, traffic in, have control and custody over, and possess

device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), and (h):

| RA | Defendant | Date | Approx. No. Plastic Cards |
|---|---|---|---|
| 104 | [5] **WONG** | March 5, 2009 to March 9, 2009 | 50 |
| 105 | [13] **GEORGIEVSKI** | March 19, 2009 | 27 |
| 106 | [15] **MUKHTAR &** [23] **CAMEZ** | February 4, 2010 | 26 |
| 107 | [29] **MORFIY &** [10] **HAGGERTY** | May 18, 2010 | 10 |
| 108 | [9] **SMITH &** [26] **BUTLER** | August 31, 2010 | 10 |
| 109 | [11] **AJAYI &** [26] **BUTLER** | February 16, 2011 | 10 |

**ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1962(c).**

<u>COUNT TWO</u>
**Conspiracy to Engage in a Racketeer Influenced Corrupt Organization**

1.     Paragraphs 1 through 5 of the General Allegations Section are hereby realleged and incorporated as if fully set forth herein.

2.     From on or about November 22, 2005, up through and including June 2011, the defendants,

[1] **ROMAN ZOLOTAREV** a.k.a. Admin a.k.a. Support;
[2] **KONSTANTIN LOPATIN** a.k.a. Graf;
[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr.     Right a.k.a. mrdc87;
[5] **TIN-YUEN WONG** a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a. N1ghtmare a.k.a. Tenure44;

1    [7] **YU FENG WANG** a.k.a Ibatistuta;

     [8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a.
2         CC- - Trader a.k.a. Kengza;

     [9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
3    [10] **MAKYL HAGGERTY** a.k.a. Wave;

     [11] **ALADELOLA TESLIM AJAYI** a.k.a. Bank Manager a.k.a.
4         Document Manager a.k.a. Corey;

     [12] **ALEXANDRU ION** a.k.a. Abagnalefrank;
5    [13] **JORDAN GEORGIEVSKI** a.k.a. Devica;

     [14] **ROMAN SELEZNEV** a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
6    [15] **QASIR MUKHTAR** a.k.a. Caliber;

     [16] **ROY AYAD** a.k.a. RABIE AYAD a.k.a. Patistota;
7    [17] **MINA MORRIS** a.k.a. Source;

     [18] **RACHID IDAALI** a.k.a. C4rd3R;
8    [19] **LIRIDON MUSLIU** a.k.a. Bowl;

     [20] **SERGEI LITVINENKO** a.k.a. Dorbik a.k.a. Matad0r;
9    [21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;

     [22] **SHIYANG GOU** a.k.a. Cder;
10   [23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;

     [24] **CAMERON HARRISON** a.k.a. Kilobit;
11   [25] **ALEKSANDAR BESAROVIC** a.k.a. Qiller;

     [26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
12   [27] **FREDRICK THOMAS** a.k.a 1Stunna;

     [28] **JOHN DOE 1** a.k.a Senna071;
13   [29] **JOHN DOE 2** a.k.a. Morfiy;

     [30] **JOHN DOE 3** a.k.a. Gruber;
14   [31] **JOHN DOE 4** a.k.a. Maxxtro;

     [32] **JOHN DOE 5** a.k.a. Elit3;
15   [33] **JOHN DOE 6** a.k.a. Fozzy;

     [34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov;
16   [35] **ANDREI BOLOVAN** a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;

     [36] **JOHN DOE 8** a.k.a. TM;
17   [37] **JOHN DOE 9 a.k.a**. Zo0mer a.k.a. Deputat;

     [38] **JOHN DOE 10** a.k.a. Centurion; and
18   [39] **JOHN DOE 11** a.k.a. Consigliori;

19   together with other persons known and unknown and others known and unknown, being persons who

20   are members of, employed by, and associated with "the Carder.su organization," an enterprise, which

21   engaged in, and the activities of which affected interstate and foreign commerce, knowingly, and

22   intentionally conspired to violate Title 18, United States Code Section 1962(c), that is, to conduct

23   and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a

24   pattern of racketeering activity involving multiple acts indictable under:

25          A.      Title 18, United States Code, Section 1028, identity theft and fraud related to

26   identification documents; and

B.    Title 18,United States Code, Section 1029, access device fraud.

3.    It was a part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

**ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1962(D).**

**COUNTS THREE THROUGH SEVENTEEN**
**Trafficking in and Production of False Identification Documents**

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

> [3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
> [4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87;
> [5] **TIN-YUEN WONG** a.k.a. Ray Wong a.k.a. Ray;
> [6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44;
> [21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
> [22] **SHIYANG GOU** a.k.a. Cder;
> [23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
> [24] **CAMERON HARRISON** a.k.a. Kilobit;
> [25] **ALEKSANDAR BESAROVIC** a.k.a. Qiller;
> [28] **JOHN DOE 1** a.k.a Senna071; and
> [29] **JOHN DOE 2** a.k.a. Morfiy;

defendants herein, together with and aiding and abetting one another, and others known and unknown, did knowingly and without lawful authority produce, and did cause others to produce, false identification documents, which were transported in the mail in the course of the unauthorized production, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, with each false identification document set forth below constituting a separate violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(ii), and (c)(3); and Title 18, United States Code, Section 2, as follows:

| Counts | Defendant | Date | Type of Document | Name |
|---|---|---|---|---|
| THREE | [21] **LOFTON** | January 23, 2009 | NV DL | M. Webb |
| FOUR | [3] **KOSTYUKOV** | April 24, 2009 | NV DL | A. Kostyukov |

41

| FIVE | [4] **BOOZER III** | May 19, 2009 | TX DL | M. Wright |
| SIX | [22] **GOU** | May 26, 2009 | NV DL | J. Wang |
| SEVEN | [23] **CAMEZ** | May 28, 2009 | NV DL | J. Henry |
| EIGHT | [3] **KOSTYUKOV** | June 30, 2009 | NV DL | M. Ulitin |
| NINE | [5] **WONG** | September 14, 2009 | NY DL | D. Pena |
| TEN | [28] **SENNA071** | October 6, 2009 | NV DL | L. Sadik |
| ELEVEN | [3] **KOSTYUKOV** | October 13, 2009 | WA DL | R. Sadriev |
| TWELVE | [28] **SENNA071** | October 20, 2009 | NV DL | A. Davis |
| THIRTEEN | [6] **MONTECALVO** | November 9, 2009 | VA DL | E. Montecalvo |
| FOURTEEN | [24] **MORFIY** | November 19, 2009 | NV DL | F. Grolsh |
| FIFTEEN | [21] **LOFTON** | February 11, 2010 | NV DL | K. Marshall |
| SIXTEEN | [24] **HARRISON** | February 25, 2010 | GA DL | D. Mock |
| SEVENTEEN | [25] **BESAROVIC** | April 12, 2011 | GA DL | D. Vasic |

## COUNT EIGHTEEN
### Attempt to Unlawful Produce False Identification Documents; Aiding and Abetting

From on or about April 16, 2011, until on or after May 18, 2011, in the State and Federal District of Nevada, and elsewhere, [30] **JOHN DOE 3** a.k.a. Gruber, defendant herein, together with and aiding and abetting others known and unknown, did knowingly and without lawful authority attempt to produce, and did attempt to cause others to produce, false identification documents, in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be approximately two (2) Florida driver's licenses, in violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1)(A)(I), and (c)(3)(A); and (f); and Title 18, United States Code, Section 2.

## COUNT NINETEEN
### Conspiracy to Unlawfully Transfer False Identification Documents

Beginning on or about August 22, 2008, and continuing to on or about March 23, 2009, in the State of Nevada, and elsewhere, [1] **ROMAN ZOLOTAREV** a.k.a. Admin a.k.a. Support,

42

defendant herein, did knowingly and intentionally combine, conspire and agree with others known and unknown, to commit offenses against the laws of the United States, namely to knowingly transfer and cause others to transfer false identification documents, knowing that such documents were produced without lawful authority, and the production and transfer of the false identification documents was in and affecting interstate and foreign commerce, and the offense involved the production and transfer of false identification documents that are and appear to be driver's licenses, all in violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1)(A)(ii), (c)(3)(A), and (f).

**COUNT TWENTY**
**Unlawful Transfer, Possession and Use of A Means of Identification;**
**Aiding and Abetting**

On or about October 19, 2007, in the State and Federal District of Nevada, and elsewhere, [8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a. CC - - Trader a.k.a. Kengza, defendant herein, together with and aiding and abetting others known and unknown, did knowingly transfer, possess and use, in and effecting interstate and foreign commerce, without lawful authority, a means of identification of another person, including but not limited to, a stolen credit card account number, account holder's name, date of birth, Social Security number, address, and telephone number, that is, Discover Card account number X-5598; account holder's name B. Detrich; Social Security number X-9986; and telephone number X-5662; with the intent to commit and to aid and abet the commission of and in connection with any unlawful activity that constitutes a violation of Federal law, to wit: Wire Fraud in violation of Title 18, United States Code, Section 1343, all in violation of Title 18, United States Code Sections 1028(a)(7), (b)(2)(B), and (c)(3)(A); and Title 18, United States Code, Section 2.

**COUNT TWENTY ONE**
**Trafficking in and Use of Counterfeit and Unauthorized Access Devices;**
**Aiding and Abetting**

On or about March 1, 2011, in the State and Federal District of Nevada, and elsewhere, [26] **DUVAUGHN BUTLER** a.k.a. Mackmann, defendant herein, together with and aiding and abetting others known and unknown, did knowingly and with intent to defraud, traffic in and use an

unauthorized access device, to wit: a Chase Bank MasterCard credit card account, number ending in X-8088, which was stolen and obtained with the intent to defraud, and by such conduct did, on or about that same date, obtain things of value in excess of one thousand dollars ($1,000.00), that is, approximately one thousand fifty three dollars ($1,053.00) in goods and merchandise, from Walmart, store number 2593, in or around Las Vegas, Nevada, with said trafficking and use in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(a)(I); and Title 18, United States Code, Section 2.

## COUNTS TWENTY TWO THROUGH FIFTY FIVE
### Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; Aiding and Abetting

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

    [2] **KONSTANTIN LOPATIN** a.k.a Graf;
    [6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44;
    [8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a.
        CC- - Trader a.k.a. Kengza;
    [14] **ROMAN SELEZNEV** a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
    [16] **ROY AYAD** a.k.a. RABIE AYAD a.k.a. Patistota;
    [17] **MINA MORRIS** a.k.a. Source;
    [18] **RACHID IDAALI** a.k.a. C4rd3R;
    [19] **LIRIDON MUSLIU** a.k.a. Bowl;
    [33] **JOHN DOE 6** a.k.a. Fozzy;
    [34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov;
    [35] **ANDREI BOLOVAN** a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
    [36] **JOHN DOE 8** a.k.a. TM;
    [37] **JOHN DOE 9 a.k.a.** Zo0mer a.k.a. Deputat;and
    [38] **JOHN DOE 10** a.k.a. Centurion;

defendants herein, together with and aiding and abetting one another and others, known and unknown, knowingly and with intent to defraud, did possess fifteen (15) or more unauthorized access devices, that is stolen credit and debit card account numbers issued to persons other than the defendants, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(3), and (c)(1)(A)(I); and Title 18 United States Code, Section 2, as follows:

. . . .

44

| Count | Defendant | Date | Approximate No. Devices |
|---|---|---|---|
| TWENTY TWO | [8] **MAHMOUD** | February 22, 2008 | 22 |
| TWENTY THREE | [8] **MAHMOUD** | March 9, 2009 | 25 |
| TWENTY FOUR | [6] **MONTECALVO** | January 21, 2010 | 50 |
| TWENTY FIVE | [6] **MONTECALVO** | April 5, 2010 | 220 |
| TWENTY SIX | [14] **SELEZNEV** | January 20, 2011 | 29 |
| TWENTY SEVEN | [11] **AYAD** | March 15, 2011 | 15 |
| TWENTY EIGHT | [36] **TM** | March 16, 2011 | 20 |
| TWENTY NINE | [14] **SELEZNEV** | March 18, 2011 | 20 |
| THIRTY | [37] **ZO0MER** | March 18, 2011 | 20 |
| THIRTY ONE | [17] **MORRIS** | March 18, 2011 | 17 |
| THIRTY TWO | [18] **IDAALI** | March 23, 2011 | 20 |
| THIRTY THREE | [2] **LOPATIN** | March 24, 2011 | 20 |
| THIRTY FOUR | [11] **AYAD** | March 24, 2011 | 20 |
| THIRTY FIVE | [33] **FOZZY** | March 24, 2011 | 20 |
| THIRTY SIX | [36] **TM** | March 24, 2011 | 20 |
| THIRTY SEVEN | [37] **ZO0MER** | March 24, 2011 | 23 |
| THIRTY EIGHT | [38] **CENTURION** | March 24, 2011 | 18 |
| THIRTY NINE | [18] **IDAALI** | March 26, 2011 | 60 |
| FORTY | [34] **.VITRUM** | March 28, 2011 | 20 |
| FORTY ONE | [38] **CENTURION** | March 28, 2011 | 74 |
| FORTY TWO | [33] **FOZZY** | March 28, 2011 | 22 |
| FORTY THREE | [35] **BOLOVAN** | March 28, 2011 | 20 |
| FORTY FOUR | [2] **LOPATIN** | March 29, 2011 | 21 |
| FORTY FIVE | [35] **BOLOVAN** | April 6, 2011 | 38 |
| FORTY SIX | [35] **BOLOVAN** | April 8, 2011 | 20 |

45

| Count | Defendant | Date | Approximate No. Devices |
|-------|-----------|------|------------------------|
| FORTY SEVEN | [2] **LOPATIN** | April 10, 2011 | 21 |
| FORTY EIGHT | [18] **IDAALI** | April 11, 2011 | 20 |
| FORTY NINE | [36] **TM** | April 11, 2011 | 20 |
| FIFTY | [37] **ZO0MER** | April 11, 2011 | 19 |
| FIFTY ONE | [19] **MUSLIU** | April 12, 2011 | 49 |
| FIFTY TWO | [38] **CENTURION** | April 12, 2011 | 22 |
| FIFTY THREE | [19] **MUSLIU** | April 22, 2011 | 12,710 |
| FIFTY FOUR | [17] **MORRIS** | April 29, 2011 | 15 |
| FIFTY FIVE | [14] **SELEZNEV** | May 12, 2011 | 100 |

### COUNTS FIFTY SIX THROUGH SIXTY
**Trafficking In and Possessing Access Device-Making Equipment; Aiding and Abetting**

On or about each of the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[15] **QASIR MUKHTAR** a.k.a. Caliber; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

defendants herein, together with and aiding and abetting one another, and others known and unknown, did knowingly and with the intent to defraud, traffic in, have control and custody over, and possess device-making equipment, that is blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), (c)(1)(A)(ii), and (h); and Title 18, United States Code, Section 2, as more fully set forth below:

. . .

. . .

46

| COUNT | Defendant | Date | Approximate No. Plastic Cards |
|-------|-----------|------|-------------------------------|
| FIFTY SIX | [15] MUKHTAR | March 22, 2011 | 26 |
| FIFTY SEVEN | [9] SMITH | April 5, 2011 | 10 |
| FIFTY EIGHT | [39] CONSIGLIORI | April 15, 2011 | 20 |
| FIFTY NINE | [39] CONSIGLIORI | May 23, 2011 | 20 |
| SIXTY | [39] CONSIGLIORI | June 9, 2011 | 20 |

### COUNTS SIXTY ONE AND SIXTY TWO
**Conspiracy to Trafficking In and Possess Access Device-Making Equipment**

On or about the dates set forth below, in the State and Federal District of Nevada, and elsewhere,

> [9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
> [11] **ALADELOLA TESLIM AJAYI** a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey; and
> [26] **DUVAUGHN BUTLER** a.k.a. Mackmann;

defendants herein, together with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree among themselves, and with others, to commit offenses against the laws of the United States, namely, to knowingly and with the intent to defraud, traffic in, have control and custody over, and possess device-making equipment, that is, blank plastic cards used in the production of counterfeit access devices, which are issued, owned, managed and controlled by a financial institution, account issuer, or credit card system member within the jurisdiction of the United States, in and affecting interstate and foreign commerce, with each instance set forth below constituting a separate violation of Title 18, United States Code, Sections 1029(a)(4), (b)(2), (c)(1)(A)(ii), and (h), as more fully set forth below:

| COUNT | Defendant | Date | Approx. No. Plastic Cards |
|-------|-----------|------|---------------------------|
| SIXTY ONE | [9] **SMITH** & [26] **BUTLER** | August 31, 2010 | 10 |
| SIXTY TWO | [11] **AJAYI** & [26] **BUTLER** | February 16, 2011 | 10 |

# FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 1963 and Title 28, United States Code, Section 2461(c). Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 1963 in the event of any defendant's conviction under Counts One and Two.

2. The defendants,

[1] **ROMAN ZOLOTAREV** a.k.a. Admin a.k.a. Support;
[2] **KONSTANTIN LOPATIN** a.k.a. Graf;
[3] **ALEXANDER KOSTYUKOV** a.k.a. Temp a.k.a. Klbs;
[4] **MACEO BOOZER III** a.k.a. XXXSimone a.k.a. G4 a.k.a. El Padrino a.k.a. Mr. Right a.k.a. mrdc87;
[5] **TIN-YUEN WONG** a.k.a. Ray Wong a.k.a. Ray;
[6] **EDWARD MONTECALVO** a.k.a N1ghtmare a.k.a. Tenure44;
[7] **YU FENG WANG** a.k.a Ibatistuta;
[8] **MOHAMED AMR MAHMOUD** a.k.a. AMR MAHMOUD a.k.a. CC - - Trader a.k.a. Kengza;
[9] **JERMAINE SMITH** a.k.a. Sircharlie57 a.k.a. Fairbusinessman;
[10] **MAKYL HAGGERTY** a.k.a. Wave;
[11] **ALADELOLA TESLIM AJAYI** a.k.a. Bank Manager a.k.a. Document Manager a.k.a. Corey;
[12] **ALEXANDRU ION** a.k.a. Abagnalefrank;
[13] **JORDAN GEORGIEVSKI** a.k.a. Devica;
[14] **ROMAN SELEZNEV** a.k.a. Track2 a.k.a. Bulba a.k.a. Ncux;
[15] **QASIR MUKHTAR** a.k.a. Caliber;
[16] **ROY AYAD** a.k.a. RABIE AYAD a.k.a. Patistota;
[17] **MINA MORRIS** a.k.a. Source;
[18] **RACHID IDAALI** a.k.a. C4rd3R;
[19] **LIRIDON MUSLIU** a.k.a. Bowl;
[20] **SERGEI LITVINENKO** a.k.a. Dorbik a.k.a. Matad0r;
[21] **MICHAEL LOFTON** a.k.a. Killit a.k.a. Lofeazy;
[22] **SHIYANG GOU** a.k.a. Cder;
[23] **DAVID RAY CAMEZ** a.k.a. Bad Man a.k.a. Doctorsex;
[24] **CAMERON HARRISON** a.k.a. Kilobit;
[25] **ALEKSANDAR BESAROVIC** a.k.a. Qiller;
[26] **DUVAUGHN BUTLER** a.k.a. Mackmann;
[27] **FREDRICK THOMAS** a.k.a 1Stunna;
[28] **JOHN DOE 1** a.k.a. Senna071;
[29] **JOHN DOE 2** a.k.a. Morfiy;
[30] **JOHN DOE 3** a.k.a. Gruber;
[31] **JOHN DOE 4** a.k.a. Maxxtro;

48

[32] **JOHN DOE 5** a.k.a. Elit3;
[33] **JOHN DOE 6** a.k.a. Fozzy;
[34] **JOHN DOE 7** a.k.a. .Vitrum a.k.a. Lermentov;
[35] **ANDREI BOLOVAN** a.k.a. Panther a.k.a. Euphoric a.k.a. Darkmth;
[36] **JOHN DOE 8** a.k.a. TM;
[37] **JOHN DOE 9 a.k.a.** Zo0mer a.k.a. Deputat;
[38] **JOHN DOE 10** a.k.a. Centurion; and
[39] **JOHN DOE 11** a.k.a. Consigliori;

    i.      have acquired and maintained interests in violation of Title 18, United States Code, Section 1962, which interests are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1);

    ii.      have an interest in, security of, claims against, and property and contractual rights which afford a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962, which interests, securities, claims, and rights are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963 (a)(2);

    iii.      have property constituting and derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962, which property is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(3).

3.      The interests of the defendants subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963(a)(1), (a)(2), and (a)(3), include but are not limited to at least twenty (20) million dollars and all interests and proceeds traceable thereto.

4.      If any of the property cannot be located, has been transferred or sold to or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, the court shall order the forfeiture of any other property of the defendants up to the value of at least twenty (20) million dollars and all interests and proceeds traceable thereto as set forth in Section 1963(m).

5. The above-named defendants, and each of them, are jointly and severally liable for the forfeiture obligations as alleged above.

All pursuant to Title 18, United States Code, Section 1963.

**DATED**: this _10_ day of January, 2012

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
ANDREW W. DUNCAN
Assistant United States Attorneys